**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEUTSCHE BANK NATIONAL TRUST CO.,

               Plaintiff,

    v.

DEMOCRETO M. CALACSAN, et al.,

               Defendants.

_____/

No. C 12-02995 RS

**REMAND ORDER**

      This action was filed as an unlawful detainer proceeding in Solano Costa Superior Court. Defendant Tony Herrera removed the matter in January 2012, contending that removal jurisdiction existed on the basis of federal question jurisdiction. Immediately thereafter this Court remanded the action *sua sponte* for lack of jurisdiction. Despite this remand, defendant once again filed for removal, asserting an identical basis for federal question jurisdiction. Plaintiff Deutsche Bank now moves for remand and for an award of reasonable attorney's fees and costs in the amount of $790.00, as well as a bar on any future removal of this action. As this action does not arise under federal law nor concerns an amount in controversy exceeding $75,000 for purposes of diversity jurisdiction, subject matter jurisdiction is lacking. Accordingly, this case is hereby remanded to Solano Costa Superior Court. While the Court will deny plaintiff's request for fees and costs, defendant is cautioned that any further attempts to remove this case absent an objectively reasonable basis for federal jurisdiction will result in the imposition of such sanctions. As this matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b), the motion hearing on August 2, 2012 is vacated.

1

2          IT IS SO ORDERED.

3

4    Dated: 7/25/12

5                                                    RICHARD SEEBORG
                                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

No. C
ORDER