**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                             SAN FRANCISCO DIVISION

6

7    DEUTSCHE BANK NATIONAL TRUST                No. C 12-02995 RS
     CO.,

8
                     Plaintiff,                  **REMAND ORDER**
9
          v.
10
     DEMOCRETO M. CALACSAN, et al.,
11
                     Defendants.
12    _____/

13

14          This action was filed as an unlawful detainer proceeding in Solano Costa Superior Court.

15   Defendant Tony Herrera removed the matter in January 2012, contending that removal jurisdiction

16   existed on the basis of federal question jurisdiction.  Immediately thereafter this Court remanded the

17   action *sua sponte* for lack of jurisdiction.  Despite this remand, defendant once again filed for

18   removal, asserting an identical basis for federal question jurisdiction.  Plaintiff Deutsche Bank now

19   moves for remand and for an award of reasonable attorney's fees and costs in the amount of

20   $790.00, as well as a bar on any future removal of this action.  As this action does not arise under

21   federal law nor concerns an amount in controversy exceeding $75,000 for purposes of diversity

22   jurisdiction, subject matter jurisdiction is lacking.  Accordingly, this case is hereby remanded to

23   Solano Costa Superior Court.  While the Court will deny plaintiff's request for fees and costs,

24   defendant is cautioned that any further attempts to remove this case absent an objectively reasonable

25   basis for federal jurisdiction will result in the imposition of such sanctions.  As this matter is

26   appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b), the motion

27   hearing on August 2, 2012 is vacated.

28

IT IS SO ORDERED.

Dated: 7/25/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. C
ORDER